[No. 33164-7-I.     Division One.     April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS McDANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06066-0, James D. McCutcheon, Jr., J., entered July 19, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33463-8-I.     Division One.     April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TITO O. FUENTES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00951-4, Janice Niemi, J., entered October 4, 1993. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 32838-7-I.     Division One.     April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VINH TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-07511-5, Nancy A. Holman, J., entered March 29, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 32073-4-I.     Division One.     April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY PAUL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-1-00139-0, David A. Nichols, J., entered January 7, 1993. *Reversed* by unpublished per curiam opinion.